# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) No.: 4:20-CR-032-CDL-MSH ) ) |
| KRISTINA PARKER, ET AL. | ) ) |
| Defendant. | ) ) |

## ORDER

Having read and considered the Joint Motion to Continue Trial in the Interests of Justice, and for good cause shown, the Court hereby GRANTS the Joint Motion.

It is hereby ORDERED that the above-captioned matter is continued to the March 2022 trial term and that the Parties shall have until the **17th** day of **January 2022** to file pretrial motions.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the Court finds that the ends of justice served by granting the Joint Motion outweigh the public's and Defendants' interest in a speedy trial. Accordingly, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B), excludable time is allowed from September 29, 2021, through and including February 28, 2022.

SO ORDERED, this **29th** day of **September, 2021**.

S/Clay D. Land
THE HONORABLE CLAY D. LAND
JUDGE, U.S. DISTRICT COURT