# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO. 4:20-CR-32-CDL-MSH-ALL |
| ) | |
| **ERICA MONTGOMERY, ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Having read and considered Defendants' Joint Motion to Continue Trial in the Interests of Justice, and for good cause shown, the Court hereby GRANTS Defendants' Joint Motion.

It is hereby ORDERED that the above-captioned matter is continued to the September 2022 trial term.

Upon the Parties' prior respective motions, the Court has previously continued the trial date in this case from the original trial date to the March 2022 term, and found the interim period from the original trial date through and including February 28, 2022 to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the Court finds that the ends of justice served by granting Defendants' Joint Motion outweigh the public's and Defendants' best interests in a speedy trial, including because this is a complex case with six defendants and a large volume of discovery that defense counsel needs additional time to review, and a failure to grant such continuance will deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence. The continuance is not based on congestion of

the Court's calendar, lack of diligent preparation on the part of counsel for the Government or Defendants, or failure on the part of the Government to obtain available witnesses.

Accordingly, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) and the Court's findings that there are facts and good cause that support a continuance in this matter, this matter is continued from the March 2022 term to the September 2022 term, and the time period of February 28, 2022 through and including September 7th 2022 is excluded in computing the time within which the trial must commence under the Speedy Trial Act.

SO ORDERED, this **20th** day of **December, 2021**.

                                              S/Clay D. Land
                                              THE HONORABLE CLAY D. LAND
                                              JUDGE, U.S. DISTRICT COURT