IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | |
| ERICA MONTGOMERY, *et al.*, | * | CASE NO. 4:20-CR-32 (CDL) |
| Defendant. | * | |

O R D E R

Defendants object to the Magistrate Judge's order dated April 8, 2022 (ECF No. 145) that denied Defendants' motions to compel (ECF Nos. 105, 110 & 135). Having carefully considered Defendants' objections and having reviewed the Magistrate Judge's thorough and well-reasoned order, the Court finds that the Magistrate Judge's order is neither contrary to law nor clearly erroneous. Accordingly, Defendants' objections are overruled, their motion/appeal (ECF No. 147) is denied, and the Magistrate Judge's order shall not be modified or set aside. Federal Rule of Crim. Proc. 59(a); 28 U.S.C. §636(b)(1)(A). The Magistrate Judge shall continue to manage the discovery in this case. The parties are reminded that this case will be tried during the Court's September 2022 jury trial term with a final pretrial conference in August.

IT IS SO ORDERED, this 18th day of May, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA