```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION

UNITED STATES OF AMERICA,    :
                             :
        Plaintiff,           :
                             :
        v.                   :    Case No. 4:20-cr-32-CDL-MSH
                             :
ERICA MONTGOMERY, et al.,    :
                             :
        Defendants.          :
_____:
```

**ORDER**

Several motions are presently pending before the Court. The Court intends to address all of them at the final pretrial conference scheduled for August 10, 2022. The Court finds it necessary to address two of the motions preliminarily in preparation for the hearing. Without making a final determination on the merits of any of the motions, the Court orders the Government to produce by 5:00 P.M. on August 8, 2022, for in camera inspection by the Court the materials requested by Defendants in their motion to compel (ECF No. 173) insofar as any of those materials relate to Defendant Parker. The Court further directs the Government to have the persons for whom Defendants have requested subpoenas (ECF No. 180) present in person at the final pretrial hearing on August 10, 2022, and prepared for the possibility of presenting testimony. The Court grants the motion for subpoenas of these witnesses in case the Government takes the

position that it does not have the ability to assure these persons' attendance.  Insofar as the subpoenas request documents, those documents shall be produced to the Court for in camera review as described hereinabove.  The parties shall be prepared to present evidence regarding the discriminatory prosecution claims at that hearing should the Court determine that such a hearing is necessary after reviewing the materials produced for in camera inspection.  Given the number of pending motions, the nature of those motions, and the number of lawyers involved, it is possible that this final pretrial conference will last beyond the end of the normal workday.  Counsel should be prepared for this possibility.  The Court intends to work until the job is finished.

     SO ORDERED, this 4th day of August, 2022.

                              S/ Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE