IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 4:20-CR-32-CDL-MSH |
| ERICA MONTGOMERY, *ET AL.*, | : |
| Defendants. | : |

## ORDER

The following dates were discussed with counsel and adopted by the Court at the August 10, 2022 pretrial conference:

| | |
|---|---:|
| Government and Defense Expert Disclosures | September 9 |
| Government and Defense Motions *in Limine* | September 16 |
| Government and Defense Daubert Motions; Motions to Strike Experts | September 16 |
| Government and Defense Responses to Daubert or Motions *in Limine* | September 23 |
| Government's Exhibit List (and electronic copies of exhibits) | October 7 |

So Ordered this 12th day of August, 2022.

s/Clay D. Land
CLAY D. LAND
US DISTRICT JUDGE