IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA,    *

vs.    *

SANDRA ANDERSON, *et al.*,    *    CASE NO. 4:20-CR-32 (CDL)

    Defendants.    *

_____

O R D E R

The Court has completed its *in camera* review of the potentially protected materials provided by the Government's Filter Team, which are materials that non-party Apex School of Theology has asserted are protected from further disclosure based upon attorney-client privilege and other protections. Under the circumstances presented here, the Court finds that materials that may potentially be exculpatory as to any of the Defendants should be disclosed to all counsel in this action notwithstanding their otherwise privileged nature. The materials shall not be disclosed to anyone other than counsel and the parties in this action, and they may only be used in the present action. This disclosure shall be protected by Federal Rule of Evidence 502(d), so Apex School of Theology's privilege or protection in these materials shall not be waived by this disclosure. Within seven days of today's order, Counsel for the

Filter Team shall provide the following Materials to counsel of record in this action:

| TAB | PRODUCTION BEGDOC | PRODUCTION ENDDOC |
|-----|-------------------|-------------------|
| 58  | Apex-SMU_0000000142 | Apex-SMU_0000000142 |
| 59  | Apex-SMU_0000000143 | Apex-SMU_0000000143 |
| 98  | Apex-SMU_0000000185 | Apex-SMU_0000000185 |
| 122 | Apex-SMU_0000000212 | Apex-SMU_0000000212 |
| 133 | Apex-SMU_0000000278 | Apex-SMU_0000000278 |
| 159 | Apex-SMU_0000000304 | Apex-SMU_0000000304 |
| 192 | Apex-SMU_0000000337 | Apex-SMU_0000000337 |
| 193 | Apex-SMU_0000000338 | Apex-SMU_0000000338 |
| 225 | Apex-SMU_0000000375 | Apex-SMU_0000000375 |
| 226 | Apex-SMU_0000000376 | Apex-SMU_0000000376 |
| 239 | Apex-SMU_0000000393 | Apex-SMU_0000000393 |
| 240 | Apex-SMU_0000000394 | Apex-SMU_0000000394 |
| 243 | Apex-SMU_0000000399 | Apex-SMU_0000000399 |
| 244 | Apex-SMU_0000000400 | Apex-SMU_0000000400 |
| 245 | Apex-SMU_0000000401 | Apex-SMU_0000000401 |
| 252 | Apex-SMU_0000000409 | Apex-SMU_0000000409 |
| 253 | Apex-SMU_0000000410 | Apex-SMU_0000000410 |
| 254 | Apex-SMU_0000000411 | Apex-SMU_0000000411 |
| 255 | Apex-SMU_0000000412 | Apex-SMU_0000000412 |
| 274 | Apex-SMU_0000000431 | Apex-SMU_0000000431 |
| 275 | Apex-SMU_0000000432 | Apex-SMU_0000000432 |
| 276 | Apex-SMU_0000000433 | Apex-SMU_0000000433 |
| 277 | Apex-SMU_0000000434 | Apex-SMU_0000000434 |
| 278 | Apex-SMU_0000000435 | Apex-SMU_0000000435 |
| 279 | Apex-SMU_0000000436 | Apex-SMU_0000000436 |
| 281 | Apex-SMU_0000000438 | Apex-SMU_0000000438 |
| 282 | Apex-SMU_0000000439 | Apex-SMU_0000000439 |
| 302 | Apex-SMU_0000000460 | Apex-SMU_0000000460 |
| 303 | Apex-SMU_0000000461 | Apex-SMU_0000000461 |
| 304 | Apex-SMU_0000000462 | Apex-SMU_0000000462 |
| 305 | Apex-SMU_0000000463 | Apex-SMU_0000000463 |
| 313 | Apex-SMU_0000000473 | Apex-SMU_0000000473 |
| 324 | Apex-SMU_0000000484 | Apex-SMU_0000000484 |
| 325 | Apex-SMU_0000000485 | Apex-SMU_0000000485 |
| 510 | Apex-SMU_0000001663 | Apex-SMU_0000001663 |
| 511 | Apex-SMU_0000001664 | Apex-SMU_0000001664 |
| 534 | Apex-SMU_0000001782 | Apex-SMU_0000001782 |
| 535 | Apex-SMU_0000001783 | Apex-SMU_0000001786 |
| 536 | Apex-SMU_0000001787 | Apex-SMU_0000001787 |
| 537 | Apex-SMU_0000001788 | Apex-SMU_0000001788 |
| 544 | Apex-SMU_0000001807 | Apex-SMU_0000001807 |
| 555 | Apex-SMU_0000001836 | Apex-SMU_0000001836 |

| TAB | PRODUCTION BEGDOC | PRODUCTION ENDDOC |
|---|---|---|
| 556 | Apex-SMU_0000001837 | Apex-SMU_0000001837 |
| 691 | Apex-SMU_0000002628 | Apex-SMU_0000002628 |
| 692 | Apex-SMU_0000002629 | Apex-SMU_0000002630 |
| 694 | Apex-SMU_0000002635 | Apex-SMU_0000002635 |
| 695 | Apex-SMU_0000002636 | Apex-SMU_0000002637 |
| 696 | Apex-SMU_0000002638 | Apex-SMU_0000002639 |
| 697 | Apex-SMU_0000002640 | Apex-SMU_0000002641 |
| 698 | Apex-SMU_0000002642 | Apex-SMU_0000002643 |
| 702 | Apex-SMU_0000002667 | Apex-SMU_0000002668 |
| 704 | Apex-SMU_0000002670 | Apex-SMU_0000002671 |
| 782 | Apex-SMU_0000003063 | Apex-SMU_0000003063 |
| 783 | Apex-SMU_0000003064 | Apex-SMU_0000003085 |
| 784 | Apex-SMU_0000003086 | Apex-SMU_0000003086 |
| 785 | Apex-SMU_0000003087 | Apex-SMU_0000003088 |
| 787 | Apex-SMU_0000003091 | Apex-SMU_0000003092 |
| 788 | Apex-SMU_0000003093 | Apex-SMU_0000003095 |
| 789 | Apex-SMU_0000003096 | Apex-SMU_0000003109 |
| 885 | Apex-SMU_0000003443 | Apex-SMU_0000003443 |
| 886 | Apex-SMU_0000003444 | Apex-SMU_0000003475 |
| 908 | Apex-SMU_0000003607 | Apex-SMU_0000003607 |
| 909 | Apex-SMU_0000003608 | Apex-SMU_0000003608 |
| 910 | Apex-SMU_0000003618 | Apex-SMU_0000003619 |
| 911 | Apex-SMU_0000003620 | Apex-SMU_0000003621 |
| 912 | Apex-SMU_0000003622 | Apex-SMU_0000003624 |
| 913 | Apex-SMU_0000003625 | Apex-SMU_0000003627 |
| 1396 | Apex-SMU_0000008555 | Apex-SMU_0000008562 |
| 1397 | Apex-SMU_0000008563 | Apex-SMU_0000008571 |
| 1625 | Apex-SMU_0000010362 | Apex-SMU_0000010363 |

This production may be done electronically. Counsel for the Government's Filter Team shall also make arrangements to pick up the physical documents and notebooks that were submitted for *in camera* review and dispose of them appropriately. The Clerk shall retain an electronic copy of the materials produced to the Court for *in camera* review and file that electronic copy in this action under seal so that it is only accessible by Court personnel unless ordered otherwise by the Court.

IT IS SO ORDERED, this 21st day of September, 2022.

s/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA