✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**ERICA MONTGOMERY**

Crim. No. 4:20-CR-32-001(CDL)

On September 26, 2025, the supervised release period of 3 years commenced. The U.S. Probation Office commends Ms. Montgomery on her performance while on supervision; however, after considering the appropriate factors found at 18 U.S.C. § 3553(a), the U.S. Probation Office is not satisfied that early termination is warranted or in the interest of justice. It is accordingly recommended that the *Motion for Early Termination of Supervised Release* (ECF Doc. No. 451) filed in this case be denied.

Respectfully submitted,

Joseph D. Campbell
United States Probation Officer

## ORDER OF COURT

The Court has reviewed the *Motion for Early Termination of Supervised Release* and the recommendation of the United States Probation Office for the Middle District of Georgia; has examined the record in this case; and has considered the factors found at 18 U.S.C. § 3553(a). The Court finds that early termination of supervised release is not warranted; thus, the *Motion for Early Termination* is **DENIED**.

Dated this 25th day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA